**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6602**

———————

KARMAN JONATHAN SAULS,

                                        Petitioner - Appellant,

        versus

BARRY STANTON, Director, Prince George's Coun-
ty Detention Center; J. JOSEPH CURRAN, JR.,
Attorney General for the State of Maryland,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-98-3784-WMN)

———————

Submitted:  November 4, 1999        Decided:  November 9, 1999

———————

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Douglas James Wood, ROBERTS & WOOD, Riverdale, Maryland, for Ap-
pellant.  Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Karman Jonathan Sauls seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Sauls v. Stanton, No. CA-98-3784-WMN (D. Md. Apr. 19, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2